IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00414-RPM

REBECCA DAVIS,

    Plaintiff,

v.

LAW OFFICE OF SCOTT CARRUTHERS,

    Defendant.

_____

ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
_____

    On September 9, 2011, United States Magistrate Judge Kristen L. Mix entered a recommendation to deny the plaintiff's motion for summary judgment as to plaintiff's claims under Sections 1692e, 1692e(5) and 1692e(10).  The defendant filed no opposition to the plaintiff's motion and the plaintiff did not file an objection to the recommendation of Magistrate Judge Mix.  A final pretrial conference is scheduled for October 11, 2011 at 1:30 p.m. before Magistrate Judge Mix.  It is

    ORDERED that the recommendation of Magistrate Judge is accepted and the plaintiff's motion for summary judgment as to plaintiff's claims under Sections 1692e, 1692e(5) and 1692e(10) is denied.

    DATED:   October 3rd , 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge