IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00414-RPM-KLM

REBECCA DAVIS,

    Plaintiff,
v.

LAW OFFICE OF D. SCOTT CARRUTHERS,

    Defendant.

_____

ORDER FOR ENTRY OF FINAL JUDGMENT
_____

    Pursuant to the Recommendation of the United States Magistrate Judge Kristen L. Mix, filed April 26, 2012 and the record of pleadings filed in this civil action, the Court adopts the findings of fact and conclusions of law made by Magistrate Judge Mix in the recommendation and, accordingly, it is

    ORDERED that final judgment shall enter, finding that the Law Office of D. Scott Carruthers has violated 15 U.S.C. § 1692e, §1692e(5) and §1692(10) and awarding the plaintiff statutory damages in the amount of $1,000.00 together with reasonable attorney's fee of $13,814.15 and costs of $350.00 for a total of $15,164.15.

    DATED: May 18th, 2012

                                                 BY THE COURT:

                                                 s/Richard P. Matsch
                                                 _____
                                                 Richard P. Matsch, Senior Judge