IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00414-RPM-KLM

REBECCA DAVIS,

    Plaintiff,

v.

LAW OFFICE OF D. SCOTT CARRUTHERS,

    Defendant.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request for Judgment Debtor Examination** [Docket No. 67; Filed June 1, 2012] (the "Motion").  Plaintiff has requested a Judgment Debtor examination pursuant to Fed. R. Civ. P. 69 as to Defendant Law Office of D. Scott Carruthers and regarding the Judgment entered in this case on May 18, 2012 [#66].

    IT IS HEREBY **ORDERED** that counsel for Plaintiff shall call Chambers at **303-335-2770** no later than July 5, 2012.  At that time, Plaintiff's counsel shall inform the Court of the expected length of the examination and of dates and times that are convenient for Plaintiff and her counsel to conduct the examination.

    Dated:  June 27, 2012