IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00414-RPM-KLM

REBECCA DAVIS,

      Plaintiff,

v.

LAW OFFICE OF D. SCOTT CARRUTHERS,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion for Judgment Debtor Examination** [Docket No. 73; Filed July 13, 2012] (the "Motion").  Plaintiff has requested a Judgment Debtor examination pursuant to Fed. R. Civ. P. 69 as to Defendant Law Office of D. Scott Carruthers and regarding the Judgment entered in this case on May 18, 2012 [#66].  Counsel for Plaintiff has advised the Court that the examination will take less than two hours.  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#73] is **GRANTED**.

      IT IS FURTHER **ORDERED** that a Judgment Debtor Examination is set for **August 21, 2012**, at **1:30 p.m.** for **no longer than two hours** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.[1]

      Dated:  July 18, 2012

---

     [1]  Plaintiff is advised to carefully examine the provisions of Fed. R. Civ. P. 69 and the applicable federal and state procedural rules as they apply to the permissibility of serving a subpoena on an out-of-state defendant to compel that defendant to attend a judgment debtor examination in Colorado.